UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ong Her,

                Plaintiff,        Civ. No. 11-1490 (RHK/SER)

v.                                 **ORDER**

Clay Johnson, *et al.*,

                Defendants.

---

Plaintiff's request[1] to respond to the *de minimis* injury argument[2] put forth by Defendant Johnson will be GRANTED.  Such response will be served and filed no later than July 20, 2012; there will be no reply thereto unless so ordered by the Court.


Date:  July 12, 2012                                  s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge

---

[1] The request was made during the July 10, 2012 hearing on Defendant Johnson's Motion for Summary Judgment.

[2] See Chambers v. Pennycook, 641 F.3d 898, 904 (8th Cir. 2011).